

# Fourth Court of Appeals

## San Antonio, Texas

December 21, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY,**
Appellant

v.

Benny **MARTINEZ,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

The panel has considered Appellee's further motion for rehearing;[1] the motion is DENIED. *See* TEX. R. APP. P. 49.5.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2020.

---

[1] The panel's November 18, 2020 opinion and judgment withdrew its August 19, 2020 opinion and judgment. The withdrawn opinion has *no* precedential value. *See Park v. Essa Tex. Corp.*, 311 S.W.2d 228, 231 (Tex. 1958) ("The [court of appeals'] withdrawn opinion is without force as a precedent."); *Walden v. Affiliated Computer Servs., Inc.*, 97 S.W.3d 303, 330 (Tex. App.—Houston [14th Dist.] 2003, pet. denied) ("[T]his court has since withdrawn its opinion in *Smith*, and thus that opinion has no precedential value.").

MICHAEL A. CRUZ, Clerk of Court